WO

## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

|  |  |
|---|---|
| Eduardo Cuevas-Hernandez )<br>)<br>)<br>)<br>  Petitioner, )<br>)<br>  vs. )<br>)<br>United States of America )<br>)<br>)<br>  Respondent. )<br>_____ ) | JUDGMENT IN A CIVIL CASE<br><br>Case   CV-05-00545-TUC-FRZ<br>       CR-05-00562-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #18 in CR-05-562-TUC-FRZ) is **DENIED** and this case (CV-05-545-TUC-FRZ) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SERVE** a copy of the Motion and this Order on Respondent and **SHALL SERVE** a copy of this Order on Petitioner.

   September 26, 2005          RICHARD H. WEARE
Date                            CLERK


                                 /S/ M.  Michelle Mejia
                                    Deputy Clerk


Copies to: J/B, FRZ, all counsel